1:09-cv-01395-MMM-JAG #12 Page 4 of 502
1:09-mc-01053-JBM-JAG #1 Page 1 of 2

E-FILED
Wednesday, 03 March, 2010 10:06:45 PM
Clerk, U.S. District Court, ILCD

Wednesday, 26 August, 2009 10:09:30 PM
Clerk, U.S. District Court, ILCD

AUG 2 4 2009

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

09-mc-1053

| | |
|---|---|
| RUBBERMAID INCORPORATED, ) | Civil Action No. 3:08-cv-00100 |
| Plaintiff, ) | |
| ) | JUDGE FRANK D. WHITNEY |
| v. ) | |
| L.R. NELSON CORPORATION, ) | |
| Defendant. ) | |

## CONSENT JUDGMENT

This cause coming before this Court on the Joint Motion for Entry of Consent Judgment filed herein, stipulating to the entry of this Consent Judgment on May 11, 2009, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, that:

1. On the Complaint filed by Rubbermaid Incorporated ("Rubbermaid"), judgment is entered in favor of Rubbermaid, and against LRN Holding, Inc., f/k/a L. R. Nelson Corporation ("LRN"), in the principal amount of $2,750,000.00, plus interest accruing at the statutory rate commencing on May 11, 2009.

2. This Judgment is consented to pursuant to the terms of a settlement and forbearance agreement between the parties.

3. LRN and Rubbermaid agree and stipulate that this Consent Judgment is binding upon each of them and both parties voluntarily waive any rights to appeal such Judgment.

4. Each party is to bear its own costs, including, without limitation, attorneys' fees.

5. This case is terminated pursuant to Federal Rule of Civil Procedure 58. Notwithstanding such termination of this case, this Court shall have jurisdiction to enforce this Consent Judgment.

AGREED:

s/ Robert A. Muckenfuss

Robert A. Muckenfuss
N.C. State Bar No.: 28218
McGuire Woods LLP
Post Office Box 31247
Charlotte, North Carolina 28231
(704) 343-2000
(704) 343-2300 (fax)

Timothy F. Sweeney, Esq. (0040027)
Lynn Rowe Larsen, Esq. (0055824)
*Admitted Pro Hac Vice*
LAW OFFICE OF TIMOTHY FARRELL SWEENEY
The 820 Building, Suite 430
820 West Superior Ave.
Cleveland, Ohio 44113-1800
(216) 241-5003
(216) 241-3138 (fax)

*Counsel for Rubbermaid Incorporated*

s/ Kenneth Lautenschlager

Kenneth Lautenschlager
N.C. State Bar No. 23246
JOHNSTON, ALLISON & HORD
Post Office Box 36469
Charlotte, North Carolina 28204
(704) 332-1181
(704) 376-1628 (fax)

Robert M. Riffle, Esq.
Janaki Nair, Esq.
*Admitted Pro Hac Vice*
Elias, Meginnes, Riffle & Seghetti, P.C.
416 Main Street, Suite 1400
Peoria, Illinois 61602
Telephone: (309) 637-6000
Facsimile: (309) 637-8514

*Counsel for LRN Holding, Inc., f/k/a L.R. Nelson Corporation*

IT IS SO ORDERED.

s/Judge

Dated: May 18, 2009 *nunc pro tunc* to May 11, 2009.

UNITED STATES DISTRICT JUDGE

Certified to be a true and correct copy of the original.
U.S. District Court
Frank G. Johns, Clerk
Western District of N.C.
s/ Deputy Clerk
By: Deputy Clerk
Date 8/17/09