

Wells Fargo Foothill
1100 Abernathy Road
Suite 1600
Atlanta, GA 30328
770 508-1300
www.wffoothill.com

October 30, 2008

**VIA EMAIL AND FEDEX**

Mr. David P. Ransburg
509 East High Point Road
Peoria, Illlnois 61614
dransburg@dzransburg.com

**VIA FACSIMILE AND FEDEX**

L.R. Nelson Corporation
One Sprinkler Lane
Peoria, Illinois 61615
Attn: Chief Financial Officer
Fax No.: (309) 692-5796

Re:   Guaranty Demand

Gentleman:

Reference is made to the following: (i) that certain Credit Agreement dated as of January 25, 2006 (as amended, modified or supplemented prior to or after the date hereof, the "Credit Agreement") among L.R. Nelson Corporation, a Delaware corporation ("Parent"), Sunterra, LLC, a Delaware limited liability company ("Sunterra"; together with Parent, collectively, the "Borrowers" and each individually a "Borrower"), certain lenders party thereto ("Lenders") and Wells Fargo Foothill, Inc., in its capacity as administrative agent ("Agent"); (ii) that certain Limited Guaranty dated as of February 26, 2008, executed by David P. Ransburg ("Guarantor") in favor of Agent (as amended, the "Guaranty"); (iii) that certain Securities Account Control Agreement dated as of October 4, 2007, by and between Guarantor, Wells Fargo Brokerage Services, LLC ("Intermediary") and Agent (the "Control Agreement"); and (iv) that certain Agreement Regarding Applicable Prepayment Premium dated as of September 18, 2008, by Agent, Parent, Sunterra, Guarantor, J. Fred Risk and Barry L. MacLean ("Prepayment Agreement"). Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to such terms in the Credit Agreement.

Pursuant to the Prepayment Agreement, the Deferred Payment (as defined in the Prepayment Agreement) became immediately due and payable on September 18, 2008. As of the date hereof, Borrowers have failed to pay Agent said Deferred Payment.

1964423v1 10/29/2008 6:09:03 PM





Wells Fargo Foothill
1100 Abernathy Road
Suite 1600
Atlanta, GA 30328
770 508-1300
www.wffoothill.com

October 30, 2008

**VIA FACSIMILE AND FEDEX**

Wells Fargo Brokerage Services, LLC
608 2nd Avenue South
Suite 500, N9303-064
Minneapolis, MN 55402

Re: Instruction Notice under Securities Account Control Agreement

Ladies and Gentlemen:

Reference is made to that certain Securities Account Control Agreement dated as of October 4, 2007 (the "Control Agreement") by and among David P. Ransburg ("Customer"), Wells Fargo Brokerage Services, LLC ("Intermediary") and Wells Fargo Foothill Inc. ("Secured Party"). Capitalized terms not otherwise defined herein shall have the meanings given to them in the Control Agreement.

We hereby notify Intermediary to immediately remit Collateral in the amount of $735,000.00 to Secured Party by wire transfer to the following account:

Bank: JPMorgan Chase Bank
ABA No.: 021000021
Credit To: Wells Fargo Foothill, Inc.
Account No.: 323-266193
Re: LR Nelson

Please contact Mr. Doug Tindle at (770) 508-1370 if you have any questions regarding any of the matters addressed in this letter.

Very truly yours,

WELLS FARGO FOOTHILL, INC.

By _____
Name  Douglas Tindle
Title  SVP

1964740v1 10/29/2008 6:52:32 PM

1989.116



Wells Fargo Foothill
1100 Abernathy Road
Suite 1600
Atlanta, GA 30328
770 508-1900
www.wffoothill.com

October 30, 2008

**VIA EMAIL AND FEDEX**

Mr. David P. Ransburg
509 East High Point Road
Peoria, Illinois 61614
dransburg@dzransburg.com

**VIA FACSIMILE AND FEDEX**

L.R. Nelson Corporation
One Sprinkler Lane
Peoria, Illinois 61615
Attn: Chief Financial Officer
Fax No.: (309) 692-5796

Re: **Guaranty Demand**

Gentleman:

Reference is made to the following: (i) that certain Credit Agreement dated as of January 25, 2006 (as amended, modified or supplemented prior to or after the date hereof, the "Credit Agreement") among L.R. Nelson Corporation, a Delaware corporation ("Parent"), Sunterra, LLC, a Delaware limited liability company ("Sunterra"; together with Parent, collectively, the "Borrowers" and each individually a "Borrower"), certain lenders party thereto ("Lenders") and Wells Fargo Foothill, Inc., in its capacity as administrative agent ("Agent"); (ii) that certain Limited Guaranty dated as of February 26, 2008, executed by David P. Ransburg ("Guarantor") in favor of Agent (as amended, the "Guaranty"); (iii) that certain Securities Account Control Agreement dated as of October 4, 2007, by and between Guarantor, Wells Fargo Brokerage Services, LLC ("Intermediary") and Agent (the "Control Agreement"); and (iv) that certain Agreement Regarding Applicable Prepayment Premium dated as of September 18, 2008, by Agent, Parent, Sunterra, Guarantor, J. Fred Risk and Barry L. MacLean ("Prepayment Agreement"). Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to such terms in the Credit Agreement.

Pursuant to the Prepayment Agreement, the Deferred Payment (as defined in the Prepayment Agreement) became immediately due and payable on September 18, 2008. As of the date hereof, Borrowers have failed to pay Agent said Deferred Payment.

By reason of the foregoing and pursuant to the terms of the Guaranty, **DEMAND IS HEREBY MADE UPON** Guarantor and Borrowers to remit to Lender $735,000 in immediately available funds as payment of the amount due and owing under the Guaranty and the Prepayment Agreement. Payment of this amount should be made by wire transfer to the following account:

    Bank: JPMorgan Chase Bank
    ABA No.: 021000021
    Credit To: Wells Fargo Foothill, Inc.
    Account No.: 323-266193
    Re: LR Nelson

**TAKE FURTHER NOTICE THAT** if Agent does not receive $735,000 in cash by October 30, 2008 at 1:00 P.M. EST, it will provide notice to Intermediary pursuant to the Control Agreement to remit $735,000 of the Collateral (as defined in the Control Agreement) to Agent in satisfaction of the Deferred Payment and Guarantor's and Borrowers' obligation with respect thereto.

Guarantor and Borrowers shall remain liable for all fees, costs and expenses (including attorneys' fees and expenses) and other charges pursuant to the Guaranty and Loan Documents. Nothing herein shall affect Agent's right to exercise any other of its rights and remedies against Guarantor, Borrowers or any other third party. Agent's election to not take any other action at the present time shall neither constitute a waiver of any of the rights and remedies available to it under the Guaranty, the Credit Agreement, the Loan Documents or applicable law, nor constitute a waiver of any Event of Default.

Very truly yours,

WELLS FARGO FOOTHILL, INC.

By _Douglas Tindle_ (signature)
Name _Douglas Tindle_
Its _SVP_

cc: ELIAS, MEGINNES, RIFFLE & SEGHETTI, P.C.
    416 Main Street, Suite 1400
    Peoria, Illinois 61602
    Attn: John S. Elias, Esq.
    Fax No.: (309) 637-8514

    Randall L. Klein, Esq.



Wells Fargo Foothill
1100 Abernathy Road
Suite 1600
Atlanta, GA 30328
770 508-1300
www.wffoothill.com

October 30, 2008

**VIA FACSIMILE AND FEDEX**

Wells Fargo Brokerage Services, LLC
608 2nd Avenue South
Suite 500, N9303-064
Minneapolis, MN 55402

    Re:   Instruction Notice under Securities Account Control Agreement

Ladies and Gentlemen:

Reference is made to that certain Securities Account Control Agreement dated as of October 4, 2007 (the "Control Agreement") by and among David P. Ransburg ("Customer"), Wells Fargo Brokerage Services, LLC ("Intermediary") and Wells Fargo Foothill Inc. ("Secured Party"). Capitalized terms not otherwise defined herein shall have the meanings given to them in the Control Agreement.

We hereby notify Intermediary to immediately remit Collateral in the amount of $735,000.00 to Secured Party by wire transfer to the following account:

    Bank: JPMorgan Chase Bank
    ABA No.: 021000021
    Credit To: Wells Fargo Foothill, Inc.
    Account No.: 323-266193
    Re: LR Nelson

Please contact Mr. Doug Tindle at (770) 508-1370 if you have any questions regarding any of the matters addressed in this letter.

    Very truly yours,

    WELLS FARGO FOOTHILL, INC.

    By _____
    Name _Douglas Tindle_____
    Title _SVP_____

## DISTRIBUTION LIST

| | |
|---|---|
| David Ransburg<br>509 East High Point Road<br>Peoria, IL 61614<br>Fax No.: (309) 692-7057 | L. R. NELSON CORPORATION<br>One Sprinkler Lane<br>Peoria, Illinois 61615<br>Attn: Chief Financial Officer<br>Fax No.: (309) 692-5796 |
| ELIAS, MEGINNES, RIFFLE &<br>SEGHETTI, P.C.<br>416 Main Street, Suite 1400<br>Peoria, Illinois 61602<br>Attn: John S. Elias, Esq.<br>Fax No.: (309) 637-8514 | |